```
 1  Stephanie L. Cooper, Esquire
    Nevada Bar No. 5919                                    ECF FILED ON 1/5/2010
 2  Michael W. Chen, Esquire
    Nevada Bar No. 7307
 3  THE COOPER CASTLE LAW FIRM
    A Multi-Jurisdictional Law Firm
 4  820 South Valley View Blvd.
    Las Vegas, NV 89107
 5  (702) 435-4175/(702) 435 4181 (facsimile)
    Loan No.  ******4227/ Our File No. 09-12-20909
 6
    Attorney for Secured Creditor
 7  Aurora Loan Services, Inc.
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

HYLANDER EDUCATION LLC

Debtor(s)

CHAPTER 11
BANKRUPTCY NO.: 09-33736-LBR

## REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO: **HYLANDER EDUCATION LLC**    **DEBTORS**
TO: **C. Andrew Wariner Esq.**    **ATTORNEY FOR THE DEBTOR(S)**
TO: **U.S. Trustee**    **CHAPTER 11 TRUSTEE**
TO: **ALL INTERESTED PARTIES**
TO: **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN that Aurora Loan Services, Inc.**, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: January 5, 2010

/s/ Michael W. Chen
Michael W. Chen, Esquire
Attorney for Secured Creditor
Aurora Loan Services, Inc.

-1-

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on January 5, 2010, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)  
C. Andrew Wariner Esq.  
awariner@lvbklaw.com  

TRUSTEE  
U.S. Trustee-LV-11  
Ustpregion17.lv.ecf@usdoj.gov  

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Yvette Deriada_  
An employee of THE COOPER CASTLE LAW FIRM