Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No.  ******5471/ Our File No. 09-12-20910

ECF FILED ON 1/5/2010

Attorney for Secured Creditor
Aurora Loan Services, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

HYLANDER EDUCATION LLC

Debtor(s)

CHAPTER 11
BANKRUPTCY NO.: 09-33736-LBR

## REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO:  HYLANDER EDUCATION LLC    DEBTORS
TO:  C. Andrew Wariner Esq.    ATTORNEY FOR THE DEBTOR(S)
TO:  U.S. Trustee    CHAPTER 11 TRUSTEE
TO:  ALL INTERESTED PARTIES
TO:  THE CLERK OF THE ABOVE ENTITLED COURT

**NOTICE IS HEREBY GIVEN that Aurora Loan Services, Inc.**, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: January 5, 2010

/s/ Michael W. Chen
Michael W. Chen, Esquire
Attorney for Secured Creditor
Aurora Loan Services, Inc.

-1-

# CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on January 5, 2010, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)  
C. Andrew Wariner Esq.  
awariner@lvbklaw.com

TRUSTEE  
U.S. Trustee-LV-11  
Ustpregion17.lv.ecf@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

_____/s/ Yvette Deriada_____  
An employee of THE COOPER CASTLE LAW FIRM