WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, National Association, as Trustee for CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3
09-71763

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| In Re: | 09-33736-lbr |
|---|---|
| Hylander Education LLC | MS Motion No.<br>Date:<br>Time: |
| Debtor | Chapter 11 |

### DECLARATION RE BREACH OF CONDITION

STATE OF Texas      )
                    )ss.
COUNTY OF Harris Clark )

I, LaWonda Wilson declare and state:

1. As to the following facts, I know them to be true of my personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am an employee of Litton Loan Servicing LP, servicer for U.S. Bank, National Association, as Trustee for CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3, Secured Creditor herein, and am most familiar with the loan and the ongoing litigation.

3. The real property subject to the Trust Deed is commonly described as 3667 West Badura Ave., Las Vegas, NV 89118 and legally described as follows:

EXHIBIT "A"

All that certain real property situated in the County of Clark, State of Nevada, described as follows:

Parcel 1:

That portion of Government Lot Ninety-Five (95) in Section 5, Township 22 South, Range 61 East, M.D.M, according to the Official Plat of said land on file in the Office of the Bureau of Land Management, Clark County, Nevada and being more particularly described as follows:

Lot One (1) as shown by map thereof in File 71 of Parcel Maps, Page 80, In The Office of the County Recorder of Clark County, Nevada.

Parcel II:

A non-exclusive easement for ingress and egress and incidental purposes thereto over and across those portions of Lot One (1) as shown by map thereof on file 10 of Parcel t-1aps, Page 33, and Lot Two (2) as shown by map thereof in file 71 of Parcel Maps, Page 80 lying within the private street In The Office of the County Recorder of Clark County, Nevada.

4. I have examined the document entitled "Order Regarding Adequate Protection", a copy of which is attached hereto and marked as Exhibit "A" and incorporated herein by this reference, and am representing my personal knowledge as to whether the Debtor have complied with the requirements of said Order.

5. Pursuant to the aforementioned Order, the Debtor would have fifteen (15) days from the date of this Declaration in which to cure the delinquencies due. If upon the 16th) day, Debtor has failed to so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured Creditor.

6. As of the date of this Declaration, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

| | | |
|---|---|---|
| 1 Monthly Payments at $3,559.64 (June 1, 2010) | $3,559.64 | |
| 1 Monthly Payments at $3,559.63 (July 1, 2010) | $3,559.63 | |
| 1 Adequate Protection Payment (June 20, 2010) | $3,065.70 | |
| Accrued Late Fees | $194.84 | |
| Total | $10,379.81 | |

7. Debtor is responsible for the subsequent payments that will come due during this Breach period:

    a. 1 Monthly Payment at $3,559.64
    b. 1 Stipulated Payment at $3,065.70

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

8. Due to Debtor's failure to timely and properly comply with the Order as set forth hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the Stay Order to take possession of its real property.

9. These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance and are now owing to Secured Creditor from Debtor pursuant to the Trust Deed.

10. Should the Debtor cure the default, the Debtor must forward the funds to:

**GREGORY L. WILDE, ESQ.**
**WILDE & ASSOCIATES**
**212 South Jones Boulevard**
**Las Vegas, Nevada 89107**

I declare under penalty of perjury that the foregoing is true and correct.

*La Wonda Wilson*

SUBSCRIBED and SWORN to before me this 16 day of July, 2010

*Daniella Marie Garrett*
Notary Public in and for said
State and County

[Notary Seal: DANIELLA MARIE GARRETT, Notary Public, STATE OF TEXAS, My Comm. Exp. 06/18/2013]

Case 09-33736-lbr    Doc 50    Entered 06/14/10 14:46:04    Page 1 of 4

Entered on Docket
June 14, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
U.S. Bank, National Association, as Trustee for CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3
09-71763

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re: | BK-S-09-33736-lbr |
|---|---|
| Hylander Education LLC | MS Motion No. 36<br>Date: April 28, 2010<br>Time: 1:30 p.m.<br><br>Chapter 11 |
| Debtor. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,


EXHIBIT "A"

1   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the
2   post-petition arrearages currently due as follows:

3       3 Monthly Payments at $3,458.30        $10,374.90
        (January 1, 2010 - March 1, 2010)
4       2 Monthly Payments at $3,559.64        $7,119.28
        (April 1, 2010 - May 1, 2010)
5       Motion for Relief Filing Fee           $150.00
6       Attorneys Fees                      $750.00
        Total                              $18,394.18
7
8   The total arrearage shall be paid in six monthly installments. Payments one
9   through five (1-5) in the amount of $3,065.70 shall be in addition to the regular monthly payment
10  and shall be due on or before the 20th day of the month commencing with the June 20, 2010
11  payment and continuing throughout and concluding on or before October 20, 2010. The sixth
12  final payment in the amount of $3,065.68 shall be paid on or before November 20, 2010.
13  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor
14  shall give Debtor at least five business days' notice of the time, place and date of sale.
15  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume
16  and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan,
17  beginning with the June 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the
18  subject Property, generally described as 3667 West Badura Ave., Las Vegas, NV 89118, and
19  legally described as follows:
20      All that certain real property situated in the County of Clark, State of Nevada,
        described as follows:
21  Parcel I:
22  That portion of Government Lot Ninety-Five (95) in Section 5, Township 22 South, Range
    61 East, M.D.M, according to the Official Plat of said land on file in the Office of the
23  Bureau of Land Management, Clark County, Nevada and being more particularly described
    as follows:
24
    Lot One (1) as shown by map thereof in File 71 of Parcel Maps, Page 80, In The Office of
25  the County Recorder of Clark County, Nevada.
26  Parcel II:

A non-exclusive easement for ingress and egress and incidental purposes thereto over and
across those portions of Lot One (1) as shown by map thereof on file 10 of Parcel t-1aps,
Page 33, and Lot Two (2) as shown by map thereof in file 71 of Parcel Maps, Page 80
lying within the private street In The Office of the County Recorder of Clark County,
Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

U.S. Trustee - LV - 11                    C. Andrew Wariner

By____N|A_____              By_____

U.S. Trustee - LV - 11                    C. Andrew Wariner
Chapter 13 Trustee                        Attorney for Debtors
300 Las Vegas Boulevard S.                823 South Las Vegas Blvd
Las Vegas, NV 89101                       Las Vegas, NV 89101

Nevada Bar No._____

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
2  \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_\_\_\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4  copy of this proposed order to all counsel who appeared at the hearing, and any trustee
appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5  approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
7  \_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
8  \_\_\_\_ appeared at the hearing, waived the right to review the order
9  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
10  \_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

12  _X_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13  counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14  respond, as indicated below.

15  Debtor's counsel:
16  _X_ approved the form of this order         \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
17  \_\_\_\_ appeared at the hearing, waived the right to review the order
18  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

19  Trustee:
20  \_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order
_X_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

22  \_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
written objection.

24  Submitted by:
/s/ Gregory L. Wilde, Esq.
25  Gregory L. Wilde, Esq.
Attorney for Secured Creditor

```
1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
3  208 South Jones Boulevard
   Las Vegas, Nevada 89107
4  Telephone: 702 258-8200
   Fax: 702 258-8787
5
   and
6
7  MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
8  TIFFANY & BOSCO, P.A.
   2525 East Camelback Road, Suite 300
9  Phoenix, Arizona 85016
   Telephone (602) 255-6000
10
   U.S. Bank, National Association, as Trustee for CMLTI Asset-Backed Pass-Through Certificates,
11 Series 2007-AMC3
12 09-71763
```

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| In Re: | 09-33736-lbr |
|---|---|
| Hylander Education LLC | MS Motion No. Date: Time: |
| Debtor. | Chapter 11 |

### CERTIFICATE OF MAILING OF
### DECLARATION RE BREACH OF CONDITION

1. On July 23, 2010 I served the following documents(s):

   DECLARATION RE BREACH OF CONDITION

2. I served the above-named document(s) by the following means to the persons as listed below:

   X  a. ECF System

C. Andrew Wariner
awariner@hotmail.com
Attorney for Debtor

X  b. **United States mail, postage fully prepaid:**

Hylander Education LLC
2830 South Jones # 1
Las Vegas, NV  89146
Debtors

☐  c. **Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐  1.  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

N/A

☐  2.  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

N/A

☐  d. **By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  e. **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 7/23/10  *Jamie Miller*