Entered on Docket
September 03, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, National Association, as Trustee for CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3
09-71763 / 19188952

# UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| In Re: | 09-33736-lbr |
|---|---|
| Hylander Education LLC | Motion no. Date: Time: |
| | Chapter 11 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on July 23, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, U.S. Bank, National Association, as Trustee for CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 3667 West Badura Ave., Las Vegas NV and legally described as follows:

EXHIBIT "A"

All that certain real property situated in the County of Clark, State of Nevada, described as follows:

Parcel 1:

That portion of Government Lot Ninety-Five (95) in Section 5, Township 22 South, Range 61 East. M.D.M, according to the Official Plat of said land on file in the Office of the Bureau of Land Management, Clark County, Nevada and being more particularly described as follows:

Lot One (1) as shown by map thereof in File 71 of Parcel Maps, Page 80. In The Office of the County Recorder of Clark County, Nevada.

Parcel II:

A non-exclusive easement for ingress and egress and incidental purposes thereto over and across those portions of Lot One (1) as shown by map thereof on file 10 of Parcel Maps, Page 33, and Lot Two (2) as shown by map thereof in file 71 of Parcel Maps, Page 80 lying within the private street In The Office of the County Recorder of Clark County, Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its

secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By /s/ Wilde #10099
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107